

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Margaret Watson
212.471.4492 direct
212.583.9600 main
mwatson@littler.com

September 20, 2024

**Via ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

Granted.

SO ORDERED:

09/20/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Vanessa Tillett v. Church Pension Group Services Corporation*
      Case No. 1:24-cv-05779-PAE-RWL

Dear Judge Lehrburger:

We represent Defendant in the above-referenced matter. We write regarding the proposed case management order due to be filed this week.

While we have provided our client with a proposed case management order, the individual responsible for reviewing and approving the proposal has been traveling and unable to complete a substantive review.

We respectfully request permission to file Defendant's proposed case management order on or before Tuesday, September 24, 2024, to allow our client sufficient time to review the information contained therein.

Respectfully submitted,

s/Margaret Watson
Margaret Watson
Attorney for Defendant

littler.com