UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA TILLETT,

                     Plaintiff,

     -v-

CHURCH PENSION GROUP SERVICES CORP.,

                    Defendant.

24 Civ. 5779 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      On December 25, 2024, the parties notified the Court that, with the assistance of Magistrate Judge Lehrburger, to whom this case was referred for general pretrial supervision and who referred this case to the Court-annexed Mediation Program, they have reached a settlement in principle and requesting an adjournment to submit a written settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2105). Dkt. 19. In light of the impending settlement, Judge Lehrburger granted the parties' request. Dkt. 20.

      Given Judge Lehrburger's role in facilitating this settlement, the Court also encourages the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Judge Lehrburger. Should the parties elect this option, Judge Lehrburger would resolve the application for approval under *Cheeks*, rather than making a Report and Recommendation to this Court with respect to that issue. Judge Lehrburger would also resolve any additional legal questions that may arise in the case. Any appeal from Judge Lehrburger's rulings following consent would be directly to the United States Court of Appeals

for the Second Circuit in the same way that an appeal from a District Judge's decision would be taken.

If both parties consent to proceed before Judge Lehrburger, counsel for the defendant should either email directly or file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and also available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). The parties are free to withhold consent without negative consequences.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 30, 2024
New York, New York

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| VANESSA TILLETT | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 24 Civ. 5779 (PAE) |
| CHURCH PENSION GROUP SERVICES CORP. | ) |
| *Defendant* | ) |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

Hon. Paul A. Engelmayer
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.