

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2025

Alina Nadir
585.203.3418 direct
212.583.9600 main
anadir@littler.com

February 14, 2025

**Via ECF**

**Granted.**

**SO ORDERED:**

02/18/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Honorable Robert W. Lehrburger
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Vanessa Tillett v. Church Pension Group*
       *Case No. 24-CV-05779(PAE)(RWL)*

Dear Judge Lehrburger:

Our office represents Defendant in the above-referenced FLSA action. We write jointly with Plaintiff's counsel to request a brief extension of time to submit the parties' settlement agreement and joint motion for settlement approval.

The parties have made progress in drafting the terms of the settlement agreement but need some additional time to finalize and submit the required documents for settlement approval. The parties' submission is currently due on or before February 17, 2025. This is the parties' first request for an extension of time to file the joint settlement documents.

We therefore respectfully jointly request an additional two weeks, or until March 3, 2025, to submit the required documents.

Very truly yours,

Alina Nadir
Special Counsel