# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

April 7, 2025

**Via ECF**

Hon. Robert W. Lehrburger, USMJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007-1312

<u>Re: Tillett v. Church Pension Group Services Corporation</u>
Case No. 24-CV-05779 (RWL)
**Motion for Extension of Time**

Dear Magistrate-Judge Lehrberger:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the April 7, 2025 deadline for Plaintiff to file a motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement agreement and arrange for signatures – since the last requests it now appears that we have finalized the settlement language. Three prior requests for an extension of this deadline were made and granted.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsels via ECF**

---

Extension granted nunc pro tunc and further extended sua sponte to April 22, 2025. Given counsel's representations, the time provided should be more than ample for the settlement submission.

SO ORDERED:

04/17/2025  /s/ 

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1