UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
VANESSA TILLETT,                          :
                                          :
                                          :          24-CV- 05779 (RWL)
                        Plaintiff,        :
                                          :          **ORDER**
              - against -                 :     **APPROVING SETTLEMENT**
                                          :      **AND DISMISSING CASE**
CHURCH PENSION GROUP SERVICES             :
CORPORATION,                              :
                                          :
                                          :
                        Defendants.       :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case is an action for damages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the New York Labor Law.  Before the Court is the parties' joint letter request that the Court approve their settlement agreement, a partially executed copy of which was submitted on April 22, 2025 (Dkt. 35), and a fully executed copy of which was submitted on April 30, 2025.  A federal court is obligated to determine whether settlement of an FLSA case under the court's consideration is fair and reasonable and the subject of an arm's length negotiation, not an employer's overreaching.  *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

The Court has carefully reviewed the Settlement Agreement as well as the parties' letter filed on April 22, 2025.  The Court has taken into account, without limitation, prior proceedings in this action; the attendant risks, burdens, and costs associated with continuing the action; the range of possible recovery; whether the Settlement Agreement is the product of arm's length bargaining between experienced counsel or parties; the

amount of attorney's fees; and the possibility of fraud or collusion.  Among other attributes of the Settlement Agreement, there are no confidentiality restrictions; no non-disparagement provisions; and the attorneys' fees are within a fair, reasonable, and acceptable range.  Although the release by Plaintiff extends beyond wage and hour claims, the consideration paid by Defendants is inclusive of that release, and there is a comparable general release given by Defendants.  Considering all the circumstances, the Court finds that the Settlement Agreement is fair and reasonable and hereby approved.

This case, having resolved by settlement, is hereby dismissed and discontinued in its entirety, with prejudice, without costs or fees to any party, except as provided for in the parties' settlement agreement.  The Clerk of Court is respectfully requested to terminate all motions and deadlines, and close this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2025
        New York, New York

Copies transmitted to all counsel of record.